Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gina Steves Borges,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil Action No: 2:15-cv-01688-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Friday, March 4, 2016, to file the Motion for Summary Judgment.

　　　　IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  2/02/16                                        / s / Joseph C. Fraulob
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. FRAULOB
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration

Dated:  2/02/16                     By:    */s/ Lynn M. Harada*
　　　　　　　　　　　　　　　　　　　　　　LYNN M. HARADA
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

IT IS ORDERED.

Dated:  February 4, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE