BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA STEVES BORGES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-cv-01688-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED, by and between Gina Steves Borges (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to give Plaintiff the opportunity for a hearing and to issue a new decision.

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  February 29, 2016         /s/ Lynn M. Harada for Joseph Clayton Fraulob*
                                  (*as authorized via email on 2/29/16)
                                  JOSEPH CLAYTON FRAULOB
                                  Attorney for Plaintiff

Dated: February 29, 2016          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      /s/  Lynn M. Harada
                                  LYNN M. HARADA
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

ORDER:

APPROVED AND SO ORDERED:

Dated:  March 1, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE